**UNITED STATES of America, Appellee**

v.

**Juan PUERTOS, Appellant.**

**No. 08–3093.**

United States Court of Appeals,
District of Columbia Circuit.

Jan. 21, 2010.

Roy W. McLeese, III, Esquire, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellee.

Neil H. Jaffee, Assistant Federal Public Defender, A. J. Kramer, Federal Public Defender, Office of the Federal Public Defender, Washington, DC, for Appellant.

### *ORDER*

Upon consideration of appellant's motion to dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed. *See D.C. Circuit Handbook of Practice and Internal Procedures* 34–35 (2009).

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.